UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TRI D NGUYEN,

           Plaintiff,

  v.

TOM FELKER et al,

           Defendant.

                                                   /

Case Number: CV07-02479 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tri D. Nguyen V-50412
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Attorney General's Office
455 Golden Gate Avenue
P.O. Box 11100
San Francisco, CA 94102

Dated: August 8, 2007

                                      Richard W. Wieking, Clerk
                                      By: Barbara Espinoza, Deputy Clerk