# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Nguyen v. Felker, Warden**

No.:    **C 07-2479 MHP (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On August 20, 2007, I served the attached **MOTION TO DISMISS FOR FAILURE TO EXHAUST STATE REMEDIES** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Tri Dung Nguyen
No. V-50412
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 20, 2007, at San Francisco, California.

|  D. Desuyo  |  /s/ D. Desuyo  |
|:---:|:---:|
| Declarant | Signature |

20101109.wpd