EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
ALLEN R. CROWN
Deputy Attorney General
State Bar No. 56818
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-1362
  Fax: (415) 703-1234
  E-mail:  Allen.Crown@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TRI D. NGUYEN,** | C 07-2479 MHP (pr) |
| Petitioner, | **REPLY TO OPPOSITION TO RESPONDENT'S MOTION TO DISMISS FOR FAILURE TO EXHAUST STATE REMEDIES** |
| v. | |
| **TOM FELKER, Warden,** | |
| Respondent. | |

Petitioner has opposed respondent's motion to dismiss the petition for writ of habeas corpus for failure to exhaust state remedies on the ground that it is moot because he filed a first amended petition for writ of habeas corpus. Respondent agrees that the filing of the first amended petition renders respondent's motion to dismiss the original petition moot.

Respondent's motion to dismiss is moot for the additional reason that on September 12, 2007, the California Supreme Court denied petitioner's state habeas petition that was pending when respondent's motion to dismiss was filed. Exh. A. Thus, petitioner has now exhausted his state remedies as to the claims raised in his original petition.

Reply To Opposition To Motion To Dismiss - *Nguyen v. Felker*, C 07-2479 MHP (pr)

**CONCLUSION**

Accordingly, for the reasons stated, respondent's motion to dismiss should be denied as moot, and this Court should proceed with petitioner's first amended petition for writ of habeas corpus.

Dated: September 25, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Allen R. Crown
ALLEN R. CROWN
Deputy Attorney General

Attorneys for Respondent

Reply To Opposition To Motion To Dismiss - *Nguyen v. Felker*, C 07-2479 MHP (pr)
2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Nguyen v. Felker, Warden**

No.:  **C 07-2479 MHP (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On September 25, 2007, I served the attached

**REPLY TO OPPOSITION TO RESPONDENT'S MOTION TO DISMISS FOR FAILURE TO EXHAUST STATE REMEDIES**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Tri Dung Nguyen
No. V-50412
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 25, 2007, at San Francisco, California.

|  S. Agustin | /s/ S. Agustin |
| :---: | :---: |
| Declarant | Signature |

20105767.wpd