# EXHIBIT A

# CALIFORNIA APPELLATE COURTS
## Case Information



**Supreme Court**

Change court

Court data last updated: 09/14/2007 12:53 PM

Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court

### Docket (Register of Actions)

NGUYEN (TRI) ON H.C.
Case Number S152044

| Date | Description | Notes |
|---|---|---|
| 04/23/2007 | Petition for writ of habeas corpus filed | Tri Nguyen, Petitioner in Pro Per |
| 04/23/2007 | Exhibit(s) lodged | 1 volume |
| 09/12/2007 | Petition for writ of habeas corpus denied | |

Click here to request automatic e-mail notifications about this case.

© 2004 Judicial Council of California