UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TRI D NGUYEN,

        Plaintiff,

  v.

TOM FELKER et al,

        Defendant.
                                  /

Case Number: CV07-02479 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 22, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tri D. Nguyen V-50412
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: October 22, 2007

                                          Richard W. Wieking, Clerk
                                          By: Anthony Bowser, Deputy Clerk