1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  ALLEN R. CROWN
   Deputy Attorney General
6  State Bar No. 56818
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5847
8    Fax: (415) 703-1234
     Email: Allen.Crown@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11               FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

| | |
|---|---|
| **TRI DUNG NGUYEN,** | C 07-2479 MHP (pr) |
| Petitioner, | **EX PARTE APPLICATION TO EXTEND TIME FOR FILING RESPONDENT'S ANSWER** |
| v. | |
| **TOM FELKER, Warden,** | |
| Respondent. | |

20    For the reasons stated in the accompanying declaration of counsel, respondent hereby

21 requests a thirty-day enlargement of time in which to file an answer to the petition for writ of habeas

22 corpus. As explained in the accompanying declaration, petitioner's first amended petition raises

23 issues which requires the production of records from state habeas cases regarding issues which were

24 not briefed by respondent in state court.

25 ///

26 ///

27 ///

28

Ex Parte Application to Extend Time for Filing Respondent's Answer - *Nguyen v. Felker,* C 07-2479 MHP (pr)

WHEREFORE, respondent respectfully requests that this Court grant an enlargement of time, to and including December 10, 2007, in which to file its answer.

Dated: November 1, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General


/s/ Allen R. Crown
ALLEN R. CROWN
Deputy Attorney General

Attorneys for Respondent

Ex Parte Application to Extend Time for Filing Respondent's Answer - *Nguyen v. Felker,* C 07-2479 MHP (pr)

2

# **DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Nguyen v. Felker, Warden**

No.:   **C 07-2479 MHP (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>November 1, 2007</u>, I served the attached

**EX PARTE APPLICATION TO EXTEND TIME FOR FILING RESPONDENT'S ANSWER**

**DECLARATION IN SUPPORT OF EX PARTE APPLICATION TO EXTEND TIME FOR FILING RESPONDENT'S ANSWER**

**[PROPOSED] ORDER EXTENDING TIME FOR FILING RESPONDENT'S ANSWER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Tri Dung Nguyen
No. V-50412
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 1, 2007, at San Francisco, California.

|  |  |
|---|---|
| M. Argarin | /s/ M. Argarin |
| Declarant | Signature |

20111839.wpd