1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | GREGORY A. OTT
Deputy Attorney General
5 | ALLEN R. CROWN
Deputy Attorney General
6 | State Bar No. 56818
   455 Golden Gate Avenue, Suite 11000
7 |  San Francisco, CA 94102-7004
   Telephone: (415) 703-5847
8 |  Fax: (415) 703-1234
   Email: Allen.Crown@doj.ca.gov
9 | Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TRI DUNG NGUYEN,**<br><br>Petitioner,<br><br>v.<br><br>**TOM FELKER, Warden,**<br><br>Respondent. | C 07-2479 MHP (pr)<br><br>**DECLARATION IN SUPPORT OF EX PARTE APPLICATION TO EXTEND TIME FOR FILING RESPONDENT'S ANSWER** |

I, Allen R. Crown, am a Deputy Attorney General for the State of California and have been assigned to represent respondent in this federal habeas corpus proceeding. Respondent's Answer is currently due November 9, 2007. I have not previously requested any enlargements of time in this case.

I request an additional thirty days to file an Answer. This request is necessary because, in reviewing the first amended petition, it is clear that in order to provide an Answer to the Court's order I must obtain copies of state habeas petitions that petitioner has filed in the state courts. I am in the process of requesting these documents and records, but will need additional time for these requests to be processed. In addition, the petition raises issues which appear not to have been

briefed by respondent in the state habeas proceedings. Thus, additional time is needed to obtain and review the state habeas materials and to brief the new issues.

For the above-state reasons, I respectfully request that the Court grant Respondent thirty days to and including December 9, 2007, in which to file a response to the Order to Show Cause.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1, 2007, at San Francisco, California.

/s/ Allen R. Crown
ALLEN R. CROWN
Deputy Attorney General