IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TRI DUNG NGUYEN,**<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>**TOM FELKER, Warden,**<br><br>　　　　　　　Respondent. | C 07-2479 MHP (pr)<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR FILING RESPONDENT'S ANSWER** |

　　　IT IS HEREBY ORDERED that the time within which respondent is to file an answer be extended by thirty days, to and including December 10, 2007.

　　　Dated: _____

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　MARILYN HALL PATEL
　　　　　　　　　　　　　United States District Judge

[Proposed] Order Extending Time For Filing Respondent's Answer - *Nguyen v. Felker,* C 07-2479 MHP (pr)