IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**TRI DUNG NGUYEN,**

Petitioner,

v.

**TOM FELKER, Warden,**

Respondent.

C 07-2479 MHP (pr)

**[PROPOSED] ORDER EXTENDING TIME FOR FILING RESPONDENT'S ANSWER**

IT IS HEREBY ORDERED that the time within which respondent is to file an answer be extended by thirty days, to and including December 10, 2007.

Dated: 11/2/2007



_____
MARILYN HALL PATEL
United States District Judge

[Proposed] Order Extending Time For Filing Respondent's Answer - *Nguyen v. Felker,* C 07-2479 MHP (pr)