
EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
ALLEN R. CROWN
Deputy Attorney General
State Bar No. 56818
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5847
 Fax: (415) 703-1234
 E-mail:  Allen.Crown@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TRI DUNG NGUYEN,**<br><br>                                  Petitioner,<br><br>   **v.**<br><br>**TOM FELKER, Warden,**<br><br>                                  Respondent. | C 07-2479 MHP (pr)<br><br>**ANSWER TO ORDER TO SHOW CAUSE** |

      Respondent provides this answer to the Order to Show Cause why the first amended petition for writ of habeas corpus should not be granted.

**I.**

**CUSTODY**

      Petitioner is lawfully in the custody of the California Department of Corrections and Rehabilitation as the result of a judgment of conviction in Alameda County in Case No. C144700.

      On March 18, 2003, the District Attorney filed an information in Alameda County Superior Court accusing petitioner, Tri Dung Nguyen, of murder in violation of California Penal

1  Code § 187(a), a serious felony within the meaning of California Penal Code § 1192.7(c), and a
2  violent felony within the meaning of California Penal Code § 667.5(c). It was further alleged that
3  petitioner personally used a deadly weapon within the meaning of California Penal Code
4  §12022(b)(1), causing the murder to be a serious felony within the meaning of California Penal
5  Code § 1192.7(c)(23), and that petitioner personally and intentionally inflicted great body injury
6  within the meaning of California Penal Code § 1203.075. CT 81-82.

7  On July 27, 2004, the jury returned a verdict of guilty of first degree murder and further
8  found that petitioner personally used a deadly weapon within the meaning of California Penal Code
9  § 12022(b)(1). CT 172, 175.

10  On August 27, 2004, the court sentenced petitioner to state prison for a term of twenty-six
11  years to life, consisting of twenty-five years to life plus a one-year enhancement under California
12  Penal Code § 12022(b)(1). CT 258-60.

13  On March 6, 2006, the California Court of Appeal, First Appellate District, affirmed the
14  judgment. Exh. G.

15  On May 17, 2006, the California Supreme Court denied petitioner's petition for review.
16  Exh. I.

17  On January 18, 2007, petitioner filed a petition for writ of habeas corpus in Alameda
18  County Superior Court. Exh. J.

19  On January 18, 2007, Alameda County Superior Court denied the petition for writ of
20  habeas corpus. Exh. K.

21  On March 16, 2007, petition filed a petition for writ of habeas corpus in the California
22  Court of Appeal. Exh. L.

23  On April 11, 2007, the California Court of Appeal denied the petition for writ of habeas
24  corpus. Exh. M.

25  On April 23, 2007, petitioner filed a petition for writ of habeas corpus in the California
26  Supreme Court. Exh. N.

27  On September 12, 2007, the California Supreme Court denied the petition for writ of
28  habeas corpus. Exh. O.

1   On August 17, 2007, petitioner filed a first amended petition for writ of habeas corpus in
2   this Court.
3   On October 22, 2007, this Court issued an order to show cause.

## II.

## VERIFICATION

Petitioner signed and verified the first amended petition.

## III.

## GENERAL AND SPECIFIC DENIALS

Respondent denies that the state court's rulings were based on unreasonable determinations of facts or were contrary to or involved an unreasonable application of clearly established United States Supreme Court law. Respondent specifically denies petitioner's claims as follows: one, the admission of testimonial hearsay violated his rights under the Sixth Amendment's Confrontation Clause; two, he received ineffective assistance of appellate counsel in that appellate counsel failed to properly raise a Confrontation Clause claim regarding certain witnesses' testimony; and three, he received ineffective assistance of trial counsel in that his attorney (a) failed to investigate and present exculpatory physical evidence regarding blood on petitioner's shirt, (b) failed to object to the prosecutor's improper cross-examination of petitioner, (c) failed to object to the prosecutor's improper closing argument, and (d) failed to ensure that the jury selected was fair and impartial.

## IV.

## PROCEDURAL ISSUES

Petitioner exhausted state remedies for his claims that are contained in the first amended petition. Petitioner filed his first amended petition within the one-year statute of limitations period set by 28 U.S.C. § 2244(d).

## V.

## LODGED DOCUMENTS

Respondent is lodging concurrently with this answer the following exhibits:

EXHIBIT A    Clerk's Transcript (1 vol.), *People v. Nguyen*, Alameda County Case No.

Answer To Order To Show Cause - *Nguyen v. Felker*, C 07-2479 MHP (pr)

| | | |
|---|---|---|
| | | C144700. |
| EXHIBIT B | | Reporter's Transcript (4 vols.), *People v. Nguyen*, Alameda County Case No. C144700. |
| EXHIBIT C | | Exhibit Nos. 27-A, 28-A, 29-A, and 31-A, *People v. Nguyen*, Alameda County Case No. C144700. |
| EXHIBIT D | | Appellant's Opening Brief, *People v. Nguyen*, California Court of Appeal Case No. A107996. |
| EXHIBIT E | | Respondent's Brief, *People v. Nguyen*, California Court of Appeal Case No. A107996. |
| EXHIBIT F | | Appellant's Reply Brief, *People v. Nguyen*, California Court of Appeal Case No. A107996. |
| EXHIBIT G | | Opinion, *People v. Nguyen*, California Court of Appeal Case No. A107996. |
| EXHIBIT H | | Petition For Review, *People v. Nguyen*, California Supreme Court Case No. S142544. |
| EXHIBIT I | | Denial Of Review, *People v. Nguyen*, California Supreme Court Case No. S142544. |
| EXHIBIT J | | Petition For Writ Of Habeas Corpus, *In re Nguyen*, Alameda County Case No. C144700. |
| EXHIBIT K | | Order Denying Petition For Writ Of Habeas Corpus, *In re Nguyen*, Alameda County Case No. C144700. |
| EXHIBIT L | | Docket Sheet (Showing Filing Of Petition For Writ Of Habeas Corpus), *In re Nguyen*, Court Of Appeal Case No. A117063. |
| EXHIBIT M | | Order Denying Petition For Writ Of Habeas Corpus, *In re Nguyen*, Court Of Appeal Case No. A117063. |
| EXHIBIT N | | Petition For Writ Of Habeas Corpus, *In re Nguyen*, California Supreme Court Case No. S152044. |
| EXHIBIT O | | Docket (Showing Decision), *In re Nguyen*, California Supreme Court Case No. S152044. |

## VI.

## INCORPORATION BY REFERENCE

Respondent hereby incorporates by reference the accompanying memorandum of points and authorities in support of this answer.

///

Answer To Order To Show Cause - *Nguyen v. Felker*, C 07-2479 MHP (pr)

4

## VII.

## CONCLUSION

Respondent respectfully requests that the first amended petition for writ of habeas corpus be denied with prejudice.

Dated:  December 7, 2007

        Respectfully submitted,

        EDMUND G. BROWN JR.
        Attorney General of the State of California

        DANE R. GILLETTE
        Chief Assistant Attorney General

        GERALD A. ENGLER
        Senior Assistant Attorney General

        PEGGY S. RUFFRA
        Supervising Deputy Attorney General


        /s/ Allen R. Crown
        ALLEN R. CROWN
        Deputy Attorney General

        Attorneys for Respondent