1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | ALLEN R. CROWN
Deputy Attorney General
6 | State Bar No. 56818
  455 Golden Gate Avenue, Suite 11000
7 | San Francisco, CA 94102-7004
  Telephone: (415) 703-5847
8 | Fax: (415) 703-1234
  E-mail: Allen.Crown@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TRI DUNG NGUYEN,** | C 07-2479 MHP (pr) |
| Petitioner, | **NOTICE OF LODGING EXHIBITS WITH COURT** |
| v. | |
| **TOM FELKER, Warden,** | |
| Respondent. | |

Notice is hereby given that the following exhibits are lodged in support of respondent's answer and memorandum of points and authorities:

EXHIBIT A   Clerk's Transcript (1 vol.), *People v. Nguyen*, Alameda County Case No. C144700.

EXHIBIT B   Reporter's Transcript (4 vols.), *People v. Nguyen*, Alameda County Case No. C144700.

EXHIBIT C   Exhibit Nos. 27-A, 28-A, 29-A, and 31-A, *People v. Nguyen*, Alameda County Case No. C144700.

EXHIBIT D   Appellant's Opening Brief, *People v. Nguyen*, California Court of Appeal Case No. A107996.

Notice of Lodging Exhibits with Court - *Nguyen v. Felker*, C 07-2479 MHP (pr)

1

| | | |
|---|---|---|
| EXHIBIT E | Respondent's Brief, *People v. Nguyen*, California Court of Appeal Case No. A107996. |
| EXHIBIT F | Appellant's Reply Brief, *People v. Nguyen*, California Court of Appeal Case No. A107996. |
| EXHIBIT G | Opinion, *People v. Nguyen*, California Court of Appeal Case No. A107996. |
| EXHIBIT H | Petition For Review, *People v. Nguyen*, California Supreme Court Case No. S142544. |
| EXHIBIT I | Denial Of Review, *People v. Nguyen*, California Supreme Court Case No. S142544. |
| EXHIBIT J | Petition For Writ Of Habeas Corpus, *In re Nguyen*, Alameda County Case No. C144700. |
| EXHIBIT K | Order Denying Petition For Writ Of Habeas Corpus, *In re Nguyen*, Alameda County Case No. C144700. |
| EXHIBIT L | Docket Sheet (Showing Filing Of Petition For Writ Of Habeas Corpus), *In re Nguyen*, Court Of Appeal Case No. A117063. |
| EXHIBIT M | Order Denying Petition For Writ Of Habeas Corpus, *In re Nguyen*, Court Of Appeal Case No. A117063. |
| EXHIBIT N | Petition For Writ Of Habeas Corpus, *In re Nguyen*, California Supreme Court Case No. S152044. |
| EXHIBIT O | Docket (Showing Decision), *In re Nguyen*, California Supreme Court Case No. S152044. |

Dated: December 7, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Allen R. Crown
ALLEN R. CROWN
Deputy Attorney General

Attorneys for Respondent

Notice of Lodging Exhibits with Court - *Nguyen v. Felker*, C 07-2479 MHP (pr)