UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI D. NGUYEN, | No. C 07-2479 MHP (pr) |
| Petitioner, | **ORDER** |
| v. | |
| TOM FELKER, warden, | |
| Respondent. | |

Petitioner's requests for an extension of time to file his traverse are GRANTED. (Docket # 24, # 25.) Petitioner must file and serve his traverse no later than **February 29, 2008**.

IT IS SO ORDERED.

DATED: January 31, 2008

Marilyn Hall Patel
United States District Judge