```
 1  Tri D. Nguyen
    V-50412
 2  High Desert State Prison
    P.O. Box 3030
 3  Susanville, CA 96127

 4       Petitioner pro se
```

FILED

08 FEB 15 PM 4: 36

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI D. NGUYEN, | ) |
| | ) |
| Petitioner, | ) No. C 07-2479 MHP (pr) |
| | ) |
| v. | ) |
| | ) SECOND REQUEST FOR AN EXTENSION OF TIME |
| TOM FELKER, Warden, | ) TO FILE TRAVERSE TO RESPONDENT'S ANSWER; |
| | ) DECLARATION OF TRI DUNG NGUYEN |
| Respondent. | ) |

For the reasons stated in the attached declaration, petitioner hereby respectfully requests a 30-day extension of time, to and including March **31** 2008, in which to file and serve his traverse to respondent's Answer to Order to Show Cause, served by mail on petitioner on December 10, 2007.

DATED: February **12**, 2008.

Respectfully submitted,

Tri D. Nguyen
Petitioner

-1-

DECLARATION OF TRI DUNG NGUYEN IN SUPPORT OF REQUEST FOR AN EXTENSION OF TIME

1. I am the petitioner in the above entitled action, proceeding pro se. I have no training or experience in law and very limited command of the English language. I am incapable of prosecuting this action myself, and I relied on assistance from another prisoner in preparation of my recent filings in this action. Such assistance is authorized by administrative regulations and prison rules.

2. According to its declaration of service, respondent's Answer to Order to Show Cause in this action was served by mail on December 10, 2007. I received it on December 13, 2007, and on January 13, 2008, made my first request for an extension of time to file my traverse, asking for February 29, 2008, as the traverse filing deadline.

3. The prisoner who had been assisting me with this action and with my prior state-court filings was recently transferred to a different institution. As I cannot prepare the traverse without assistance, I am in the process of requesting prison officials' permission to correspond with that prisoner, at the same time attempting to locate another prisoner with some legal experience who is housed at the same facility as I and would agree to assist me in preparation of the traverse.

4. I believe in good faith that I will be able to have the traverse prepared before March 31, 2008, and I respectfully request that the Court extend the filing deadline accordingly.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 12, 2008, at Susanville, California.

Tri Dung Nguyen

DECLARATION OF SERVICE BY MAIL

I, the undersigned, hereby declare that on the 12 day of February, 2008, I placed a copy of the attached SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER; DECLARATION OF TRI DUNG NGUYEN in a sealed envelope with first-class postage prepaid in full and, pursuant to High Desert State Prison mail collection procedure, handed it to prison staff for mailing to the following address:

> Allen R. Crown
> Deputy Attorney General
> 455 Golden Gate Ave., Ste. 11000
> San Francisco, CA 94102-7004

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 12, 2008, at Susanville, California.

Tri Dung Nguyen