APRIL 01, 2008

To THE CLERK OF U.S DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO, CA 94102

From: TRI D. NGUYEN - V-50412 - B2-142 Low
HIGH DESERT STATE PRISON
P.O. BOX : 3030
SUSANVILLE, CA 96127

PEOPLE V. NGUYEN
CASE No: C 07-2479 MHP (PR)

MR. RICHARD W. WIEKING
SIR. COULD YOU PLEASE MAIL ME THE COPY FILED OF MY "TRAVERSE" DATE YOU STAMPED IN YOUR OFFICE. BECAUSE I HAVE TO MAILED MY TRAVERSE TO THIS COURT ON DATED MARCH 13, 08 BUT STILL NOW, I DID NOT HEAR NOTHING FROM THIS COURT. I AM SO WORRYS ABOUT THIS. BECAUSE MY DEADLINE NOT ALLOW ME SO MUCH TIME TO WAITING. THANK YOU FOR YOUR ASSISTANCE SIR. SEE AT (EXHIBIT A) THE TWO PROOFS OF SERVICE BY MAIL AT HIGH DESERT STATE PRISON TO SHOW THAT. I HAVE BEEN MAILED MY TRAVERSE TO THIS COURT, AND TO ATTORNEY GENERAL ON DATED: 02-13-08. RESPECFULLY SUBMITTED

TRI D. NGUYEN

# EXHIBIT A

**PROOF OF SERVICE BY MAIL**
[C.C.P. 1013, 2015.;28 U.S.C. 1746]

**COPY**

STATE OF CALIFORNIA )
) ss: CASE # : C07-2479 MHP (PR)
County of Lassen )

I, (A) __TRI NGUYEN__, am a resident of the High Desert State Prison at Susanville, County of Lassen, California, am at least 18 years of age. My mailing address is P.O. Box 3030, Susanville, CA 96127.

On (B) __FEBRUARY 12__, 20__08__, I served a true and correct copy of the following document (s):

(C) __TRAVERSE TO ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS APPELLEE'S MEMORANDUM OF POINT AND AUTHORITIES AND EXHIBITS__

on each party listed below by placing it in an envelope, with adequate postage or provided, and by depositing said envelope in a box for the United States Mail at HDSP, P.O. Box 3030, Susanville, CA 96127.
Each party to the action has been duly served.

This copy is being mailed to (D):
To: __THE CLERK U.S DISTRICT COURT__
__NORTHERN DISTRICT OF CALIFORNIA__
__450 GOLDEN GATE AVENUE__
__SAN FRANCISCO, CA 94102-3483__
I have mailed additional copies to (D):

There is regular delivery service by the United States Mail between the above place a mailing and the parties' listed.

I declare, under penalty of perjury, that the foregoing is true and correct.
Dated (E): __FEBRUARY 12__, 20__08__, at Susanville, California.

Signed: _____   CDC I.D. # __V-50412__

---

HDSP MAILROOM ACKNOWLEDGEMENT OF MAILING

DATE: __2-13-08__

SIGNED: __A. Hemmy__

**COPY**

PROOF OF SERVICE BY MAIL
[C.C.P. 1013, 2015.; 28 U.S.C. 1746]

STATE OF CALIFORNIA )
) CASE #: C 07-2479 MHP (PR)
County of Lassen )

I, (A) **TRI NGUYEN**, am a resident of the High Desert State Prison at Susanville, County of Lassen, California, am at least 18 years of age. My mailing address is P.O. Box 3030, Susanville, CA 96127.

On (B) **FEBRUARY 12**, 20**08**, I served a true and correct copy of the following document(s):

(C) **TRAVERSE TO ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS APPELLEE'S MEMORANDUM OF POINT AND AUTHORITIES AND EXHIBITS**

on each party listed below by placing it in an envelope, with adequate postage or provided, and by depositing said envelope in a box for the United States Mail at HDSP, P.O. Box 3030, Susanville, CA 96127.
Each party to the action has been duly served.

This copy is being mailed to (D):
**ALLEN R. CROWN
DEPUTY ATTORNEY GENERAL
455 GOLDEN GATE AVE., STE. 11000
SAN FRANCISCO, CA 94102-7004**
I have mailed additional copies to (D):

There is regular delivery service by the United States Mail between the above place a mailing and the parties' listed.

I declare, under penalty of perjury, that the foregoing is true and correct.
Dated (E): **FEBRUARY 12**, 20**08**, at Susanville, California.

Signed: _____  CDC I.D. # **V-50412**

---

HDSP MAILROOM ACKNOWLEDGEMENT OF MAILING

DATE: 2-13-08

SIGNED: A. Hemmy

---

# PROOF OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT / NORTHERN CALIF[ORNIA]

(Case Title) **TRI D. NGUYEN**
Plaintiff or Petitioner

v.

Case Number: **C. 07-2479 MHP (PR)**

**MR. T. FELKER / WARDEN**
Defendant or Respondent

I hereby certify that on **APRIL 01, 2008**, I served a copy of the attached **LETTER TO THE CLERK ASK FOR TRI NGUYEN "TRAVERSE" COPY FILED** by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at **HIGH DESERT STATE PRISON**.

(List Name and Address of Each Defendant or Attorney Served)

To: THE CLERK U.S DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102-3483

I declare under penalty of perjury that the foregoing is true and correct.

*Trung Nguyen*
TRI D. NGUYEN

TRi Newten - V- Joell
HiGH DESERT STATE PRisoN
P.O. Box 3030 - B2 - 141 Low
SuSANViLLE, CA 96127

B2

LEGAL MAIL

MHP

To: THE clerk U.S. DisTRiCT Coi

LEGAL MAIL

APR - 4 2008
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

$00
US PO