UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRI D. NGUYEN,                                             No. C 07-2479 MHP (pr)

       Petitioner,                                        **ORDER EXTENDING TRAVERSE DEADLINE**

  v.

TOM FELKER, warden,

       Respondent.
                                       /

    Petitioner's request for an extension of time to file his traverse is GRANTED. (Docket # 25, 27.) The traverse filed on March 17, 2008 is deemed timely filed. The petition remains under submission and will be decided in due course.

    IT IS SO ORDERED.

DATED: May 8, 2008

                                                                Marilyn Hall Patel
                                                                 United States District Judge