1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9  TRI DUNG NGUYEN,                              No. C 07-2479 MHP (pr)

10              Petitioner,                      **JUDGMENT**

11      v.

12  TOM FELKER, warden,

13              Respondent.
                                              /
14

15      The amended petition for writ of habeas corpus is denied.

16      IT IS SO ORDERED AND ADJUDGED.

17  DATED: May 4, 2009

18                                            Marilyn Hall Patel
                                              United States District Judge
19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California