UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI DUNG NGUYEN,<br><br>    Petitioner,<br><br>  v.<br><br>TOM FELKER, warden,<br><br>    Respondent.<br>                                     / | No. C 07-2479 MHP (pr)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

    Petitioner has filed a notice of appeal and request for certificate of appealability. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  The request for a certificate of appealability is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  (Docket # 33.)  Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

    The clerk shall forward to the court of appeals the case file with this order.  See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

    IT IS SO ORDERED.

DATED: May 27, 2009

                                                  Marilyn Hall Patel<br>
                                                  United States District Judge

**United States District Court**
For the Northern District of California